# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### 15-1960 - In re: JobDiva, Inc.

### Joint Appendix

### <u>ORDER</u>

The foregoing, having been received and examined is not in compliance with the rules of this court and is therefore rejected for filing at this time. The deficiencies are set forth below:

- o  Substantial number of pages [esp. pgs 382-494] do not contain a page number centered in the bottom margin, as required by Fed. Cir. R. 30(c)

A corrected appendix must be filed within 14 days from the date of this order or there could be adverse consequences. <u>The following shall apply when making corrections</u>:

1. The corrected appendix must have the word "CORRECTED" on the cover.
2. The corrected version must be served on all counsel.
3. The corrected version must be accompanied by a new proof of service.
4. The deficiencies cited in this order must be the only changes made to the appendix.

FOR THE COURT

April 25, 2016

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court